**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30074 |
| Plaintiff - Appellee, | D.C. No. 6:08-cr-00023-DWM |
| v. |  |
| STEPHEN E. FARRELL, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Stephen E. Farrell appeals from the 24-month sentence imposed following

revocation of supervised release.  We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Farrell contends that the district court erred under *United States v. Miqbel*, 444 F.3d 1173 (9th Cir. 2006), and *Tapia v. United States*, 131 S. Ct. 2382 (2011), by improperly basing his sentence on the need for punishment and rehabilitation. This contention is belied by the record.

Farrell also contends that his sentence is substantively unreasonable. The 24-month sentence is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3583(e) sentencing factors, particularly the need for the sentence imposed to protect the public and to sanction Farrell for his breach of trust. *See United States v. Simtob*, 485 F.3d 1058, 1063 (9th Cir. 2007).

**AFFIRMED.**